# Court of Appeals
# of the State of Georgia

ATLANTA,  July 19, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1625.  DAMON ZEIGLER v. THE STATE.**

In 2001, a jury found Damon Zeigler guilty of two counts of armed robbery, two counts of possession of a firearm during the commission of a felony, and two counts of possession of a firearm by a convicted felon.  We affirmed his convictions on direct appeal.  *Ziegler v. State*, 270 Ga. App. 787 (608 SE2d 230) (2004).

In April 2016, Zeigler filed a motion to quash re-indictment, which the trial court denied on June 30, 2016.  Ziegler filed a motion for reconsideration, which the trial court denied on March 7, 2018.  Zeigler filed a notice of appeal from the denial of his motion for reconsideration on March 16, 2018.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985).

Here, Zeigler filed his notice of appeal more than 30 days after the trial court denied his motion to quash re-indictment.  Thus, Zeigler's notice of appeal is invalid as to the order denying his motion for reconsideration and untimely as to the order

denying his motion to quash re-indictment.  Accordingly, this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   07/19/2018*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*